UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STASAN MARKETING. INC..
a Florida corporation, RICHARD
BLUMBERG and ESTELLE
BLUMBERG,

CIV-ZLOCH

00 - 6190

        Plaintiffs,                        Civil Action No.:

vs.                                        DISPOSITIVE MOTION

NETWORK STAFFING SERVICES, INC.,
a Texas corporation,

        Defendant.
_____/



## NOTICE OF FILING

COMES NOW Defendant, NETWORK STAFFING SERVICES, INC., by and through

its undersigned attorney, and hereby gives notice of filing with the Clerk of the above-styled

Court, the following:

### DECLARATION OF MICHAEL P. LOGAL

This is being filed for use in conjunction with the motion filed herein, for upcoming

hearings or for such other purpose as authorized by law and the Federal Rules of Civil Procedure.

_____
ALEXANDER S. DOUGLAS II, ESQ.
Florida Bar No.: 817422
DAVID J. KOHS, ESQ.
Florida Bar No.: 705543
POHL & SHORT, P.A.
280 West Canton Avenue, Suite 410
Winter Park, Florida 32789
Phone:  (407) 647-7645
Fax:  (407) 647-2314
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been sent, via U.S. Mail, to: **Jan Douglas Atlas, Esq.**, Atlas, Pearlman, Trop & Dorkson, New River Center, Suite 1900, 200 East Las Olas Boulevard, Fort Lauderdale, FL 33301; this ___ day of February, 2000.

ALEXANDER S. DOUGLAS II, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

STASAN MARKETING, INC.,
a Florida corporation, RICHARD
BLUMBERG and ESTELLE
BLUMBERG,

      Plaintiffs,

vs.

NETWORK STAFFING SERVICES, INC.,
a Texas corporation,

      Defendant.

_____/

## DECLARATION OF MICHAEL P. LOGAL

I, Michael P. Logal, make the following declaration:

1.      I am the President of Network Staffing Services, Inc., Defendant in the above-styled matter. I have personal knowledge of the matters set forth herein. This affidavit is submitted in support of dismissal or abatement of the above-styled action, and for any other purposes as may be appropriate or permissible.

2.      Network Staffing Services, Inc. is a Texas corporation engaged in the provision of staffing services.

3.      Network Staffing Services, Inc.'s principal offices are located in Dallas, Texas. Network Staffing Services, Inc.'s only other offices are located in Virginia and Colorado.

4.      Network Staffing Services, Inc. does not maintain an office or do business in Florida. Network Staffing Services, Inc. did previously have one Florida office, located in

\\NWS1\SYS\DATA\2278\003\DOCS\Declaration of Logal.doc

Fort Lauderdale, which was closed completely as of December, 1998. Since December, 1998, Network Staffing Services, Inc. has conducted no business within the State of Florida.

5.    In light of the foregoing, Network Staffing Services, Inc. made no effort following December, 1998, to renew its certificate of authority to do business within Florida. Accordingly, the company's authority to conduct business within the State of Florida was revoked by the Florida Division of Corporations on September 24, 1999. Revocation of Network Staffing Services, Inc.'s authority on September 24, 1999, is evidenced by the records of the Florida Division of Corporations readily available via the internet, a true copy of which is attached hereto as Exhibit "A".

6.    Plaintiffs did not first request inspection of books and records of Network Staffing Services, Inc. until October 7, 1999, by virtue of the correspondence bearing such date which is attached as Exhibit "B" to the Plaintiffs' Complaint.

7.    Network Staffing Services, Inc. has no corporate books or records within the State of Florida. All corporate books and records sought by the Plaintiffs' Complaint are located in the State of Texas.

8.    None of the officers or directors of Network Staffing Services, Inc. are residents of Florida.

9.    The stock certificate which is attached as Exhibit "A" to Plaintiffs' Complaint is, on its face, issued to Statsan Marketing, Inc., not Stasan Marketing, Inc., the named Plaintiff to this action.

10.    A review of the public records of the Florida Division of Corporations indicates that there is no Florida corporation "Stasan Marketing, Inc.", the named Plaintiff to this

action.  Such records do indicate the existence of a Florida corporation "Stasan, Inc.", which

entity is not a named party to this action.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is

true and correct.

_1/28/CC_
Date

_Michael P. Logal_
Michael P. Logal

EXHIBIT "A"

| **Florida Division of Corporations Public Access** | **Corporate Inquiry Menu:** Please select an inquiry type from the list below, then enter a search key in the search field. Press **SEARCH** to begin the search. |
|---|---|
| Inquiry by:<br>○ Corporation / Trademark Name<br>○ Officer / Registered Agent Name<br>○ Registered Agent Name<br>○ Trademark Owner Name<br>○ FEI Number<br>○ Document Number<br>○ Trademark Name | ```
 1/13/00                CORPORATE DETAIL RECORD SCREEN
NUM: F96000002537 ST:TX INACTIVE/FOREIGN PROF   FLD: 05/21/1996
LAST: REVOKED FOR ANNUAL REPORT                 FLD: 09/24/1999
FEI#: 75-2543639
NAME     : NETWORK STAFFING SERVICES, INC.
PRINCIPAL: 4100 SPRING VALLEY RD #103
ADDRESS    DALLAS, TX 75244
RA NAME  : LOGAL, MIKE                                    NAI
RA ADDR  : 3660 W. COMMERICAL BLVD.                       ADI
           FT. LAUDERDALE, FL 33309 US
ANN REP  :                          (1997) IN 07/21/97    (1998)
``` |
| **Search String:**<br>[              ]<br><br>Search    HomePage | Officers   Events<br><br> ----- THIS IS NOT OFFICIAL RECORD; SEE DOCUMENTS IF QUESTION<br>Document Image |

| **Florida Division of Corporations Public Access** | **Corporate Inquiry Menu:** Please select an inquiry type from the list below, then enter a search key in the search field. Press **SEARCH** to begin the search. |

Inquiry by:
- Corporation / Trademark Name
- Officer / Registered Agent Name
- Registered Agent Name
- Trademark Owner Name
- FEI Number
- Document Number
- Trademark Name

**Search String:**

Search    HomePage

```
  1/13/00                        EVENT DETAIL SCREEN
CORP NUMBER: F96000002537                        CORP STATUS:
FILED DATE : 05/21/1996
CORP NAME   : NETWORK STAFFING SERVICES, INC.

  EVENT TYPE           FILED      EFFECTIVE           DESCRIP
                       DATE       DATE
-------------------------------------------------------------
REVOKED FOR          09/24/1999
ANNUAL REPORT
```

Officers

----- THIS IS NOT OFFICIAL RECORD; SEE DOCUMENTS IF QUESTION

Document Image