UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CIV-ZLOCH

00-6190

STASAN MARKETING, INC.,
a Florida corporation, RICHARD
BLUMBERG and ESTELLE
BLUMBERG,

    Plaintiffs,

vs.

NETWORK STAFFING SERVICES, INC.,
a Texas corporation,

    Defendant.
_____/

Civil Action No.:

DISPOSITIVE MOTION

MAGISTRATE JUDGE
SELTZER

### DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR TO DISMISS, ABATE OR TRANSFER ACTION DUE TO PRIOR FILED ACTION AND/OR VENUE CONCERNS

Defendant, NETWORK STAFFING SERVICES, INC., ("NETWORK"), by and through its undersigned counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(2), to dismiss this action on the grounds that the Court lacks personal jurisdiction over NETWORK. Alternatively, and pursuant to Fed. R. Civ. P. 12(b)(3), Fed. R. Civ. P. 13(a), 28 U.S.C. §1406(a) and/or 28 U.S.C. §1404(a), NETWORK moves this Court to dismiss, abate or transfer this action based, in part, upon pending and prior filed litigation commenced in the United States District Court in and for the Northern District of Texas, Dallas Division.



The grounds for this motion are set forth in the supporting Memorandum and the accompanying Declarations of Michael P. Logal and Theodore W. Daniel.

                                                                                                               _____
ALEXANDER S. DOUGLAS II, ESQ.
Florida Bar No.: 817422
DAVID J. KOHS, ESQ.
Florida Bar No.: 705543
POHL & SHORT, P.A.
280 West Canton Avenue, Suite 410
Winter Park, Florida 32789
Phone: (407) 647-7645
Fax: (407) 647-2314
Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been sent, via U.S. Mail, to: **Jan Douglas Atlas, Esq.**, Atlas, Pearlman, Trop & Dorkson, New River Center, Suite 1900, 200 East Las Olas Boulevard, Fort Lauderdale, FL 33301; this 1st day of February, 2000.

                                                                                                                _____
ALEXANDER S. DOUGLAS II, ESQ.