UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6190-CIV-ZLOCH

STASAN MARKETING, INC.,
a Florida corporation, RICHARD
BLUMBERG and ESTELLE
BLUMBERG,

    Plaintiffs,

vs.

NETWORK STAFFING SERVICES, INC.,
a Texas corporation,

    Defendant.
_____/



**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO DEFENDANT'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION,
OR TO DISMISS, ABATE OR TRANSFER ACTIONS DUE
TO PRIOR FILED ACTION AND/OR VENUE CONCERNS**

PLEASE TAKE NOTICE that Plaintiffs STASAN MARKETING, INC., RICHARD BLUMBERG and ESTELLE BLUMBERG (collectively the "Plaintiffs"), by their undersigned counsel, shall move this Court for the entry of an Order enlarging Plaintiffs' time to serve their response to Defendant NETWORK STAFFING SERVICES, INC.'s ("NSSI") Motion to Dismiss for Lack of Personal Jurisdiction, or to Dismiss, Abate or Transfer Action Due to Prior Filed Action and/or Venue Concerns, based upon the following grounds:

    1.    On or about February 1, 2000, NSSI served its Motion to Dismiss for Lack of Personal Jurisdiction, or to Dismiss, Abate or Transfer Action Due to Prior Filed Action and/or Venue Concerns upon Plaintiffs ("Motion").

6105-0200 270093.1



CASE NO. 00-6190-ZLOCH

2. Plaintiffs' responses to NSSI's above-referenced Motion is due on February 28, 2000.

3. Plaintiffs request a brief enlargement of time until March 6, 2000 to respond to NSSI's Motion.

4. Pursuant to United States District Court, Southern District of Florida, Local Rule 7.1(A)(3), the undersigned hereby certifies that counsel for NSSI has been contacted and they have no objection to the instant Motion.

WHEREFORE, Plaintiffs STASAN MARKETING, INC., RICHARD BLUMBERG and ESTELLE BLUMBERG, respectfully request that this Court enter an Order enlarging their time to serve their response to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, or to Dismiss, Abate or Transfer Action Due to Prior Filed Action and/or Venue Concerns on or before March 6, 2000, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ATLAS, PEARLMAN, TROP & BORKSON, P.A.
Attorneys for Plaintiffs
STASAN MARKETING, INC., RICHARD
BLUMBERG and ESTELLE BLUMBERG
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200

By: _____
SAMANTHA N. TESSER
Florida Bar No. 0148016



CASE NO. 00-6190-ZLOCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished by U.S. mail this 15th day of February, 2000, upon: ALEXANDER S. DOUGLAS, II, ESQ. and DAVID J. KOHS, ESQ., Pohl & Short, P.A., 280 West Canton Avenue, Suite 410, Winter Park, FL 32789.

SAMANTHA N. TESSER

ATLAS PEARLMAN
TROP & BORKSON P.A.
ATTORNEYS AT LAW