UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6190-CIV-ZLOCH

STASAN MARKETING, INC.,
a Florida corporation, RICHARD
BLUMBERG and ESTELLE
BLUMBERG,

      Plaintiffs,

vs.

NETWORK STAFFING SERVICES, INC.,
a Texas corporation,

      Defendant.
_____/

**AFFIDAVIT OF RICHARD BLUMBERG IN SUPPORT OF PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSTION TO NETWORK STAFFING SERVICES,
INC.'S MOTION TO DIMISS FOR LACK OF PERSONAL JURISDICTION, OR TO
DISMISS, ABATE OR TRANSFER ACTION DUE TO PRIOR FILED
ACTION AND/OR VENUE CONCERNS**

RICHARD BLUMBERG, being duly sworn, hereby deposes and says:

1. I am an individual over the age of eighteen (18), and I make this Affidavit based upon personal knowledge of the facts stated herein.

2. This Affidavit is submitted in support of Plaintiffs STASAN MARKETING, INC.'s ("STASAN"), RICHARD BLUMBERG's and ESTELLE BLUMBERG's (collectively, the "Plaintiffs") Memorandum of Law in Opposition to NETWORK STAFFING SERVICES, INC.'s ("NSSI") Motion to Dimiss for Lack of Personal Jurisdiction, or to Dismiss, Abate or Transfer Action Due to Prior Filed Action and/or Venue Concerns.

3. I am the Chairman of the Board of NSSI, although NSSI disputes this fact.

6105-0200 272152.1

4. I was elected as Chairman of the Board of NSSI in August of 1999.

5. I have been a resident and citizen of the State of Florida since 1981.

6. I would be greatly burdened if this action was transferred to the District Court in Dallas, Texas.

7. Although NSSI asserts that it no longer does business in the State of Florida, "Florida" is currently listed as one of the places where it does business on its corporate letterhead.

8. In addition, upon information and belief, NSSI currently has ongoing business with at least two Florida companies. These companies are Creative Staffing, Inc. located in Miami, Florida and Stafffunds Unlimited located in Jacksonville, Florida.

_____
RICHARD BLUMBERG

STATE OF FLORIDA           )
                           )SS:
COUNTY OF BROWARD          )

The foregoing instrument was acknowledged before me this 29th day of February, 2000, by RICHARD BLUMBERG, who is personally known to me ~~or who has produced _____ as identification~~ and who ~~did~~/did not take an oath.

Notary Public:

sign _Susan Diamond_

print _Susan Diamond_
State of Florida (Seal)
My Commission Expires:



SUSAN DIAMOND
MY COMMISSION # CC 728819
EXPIRES April 26, 2002
Bonded Thru Notary Public Underwriters



ATLAS PEARLMAN
TROP & BORKSON, P.A.
ATTORNEYS AT LAW