UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6190-CIV-ZLOCH

STASAN MARKETING, INC.,
a Florida corporation, RICHARD
BLUMBERG and ESTELLE
BLUMBERG,

   Plaintiffs,

vs.

NETWORK STAFFING SERVICES, INC.,
a Texas corporation,

   Defendant.
_____/



### NOTICE OF FILING AFFIDAVIT OF RICHARD BLUMBERG IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT NETWORK STAFFING SERVICES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR TO DISMISS, ABATE OR TRANSFER ACTION DUE TO PRIOR FILED ACTION AND/OR VENUE CONCERNS

PLEASE TAKE NOTICE that Plaintiffs STASAN MARKETING, INC., a Florida corporation, RICHARD BLUMBERG and ESTELLE BLUMBERG, by their undersigned counsel, hereby submit the Affidavit of RICHARD BLUMBERG in Support of Plaintiffs' Memorandum of Law in Opposition to Defendant NETWORK STAFFING SERVICES, INC.'s Motion to Dismiss for Lack of Personal Jurisdiction or to Dismiss, Abate or Transfer Action Due to Prior Filed Action and/or Venue Concerns.

6105-0200 272169.1



CASE NO. 00-6190-CIV-ZLOCH

Respectfully submitted,

ATLAS PEARLMAN, P.A.
Attorneys for Plaintiffs
STASAN MARKETING, INC., RICHARD
BLUMBERG and ESTELLE BLUMBERG
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200

By: _____
JAN DOUGLAS ATLAS
Florida Bar No. 226246

By: _____
SAMANTHA N. TESSER
Florida Bar No. 0148016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 6th day of March, 2000 upon: ALEXANDER S. DOUGLAS, II, ESQ. and DAVID J. KOHS, ESQ., Pohl & Short, P.A., 280 West Canton Avenue, Suite 410, Winter Park, FL 32789.

_____
JAN DOUGLAS ATLAS